UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:19-00219
21 U.S.C. § 841(a)(1)

ROBERT THOMAS,
    also known as "Zombie"

INFORMATION
(Possession with Intent to Distribute 50 Grams or
More of Methamphetamine)

The United States Attorney Charges:

On or about January 17, 2017, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant ROBERT THOMAS, also known as "Zombie", knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

MICHAEL B. STUART
United States Attorney

By: *[signature]*
RYAN A. SAUNDERS
Assistant United States Attorney